# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL UNITED STATES COURTHOUSE
### 40 FOLEY SQUARE
### NEW YORK, NY 10007
### 212-857-8500

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE INSTRUCTIONS

The Acknowledgement and Notice of Appearance form requires all parties to provide contact information, any required corrections to the caption, a review of the parties' appellate designations, and information regarding any related cases before this Court. Counsel must also certify that they have been admitted to this Court and have complied with all rules regarding admission renewal or that they have applied for admission to this Court. If the Court has not yet admitted counsel or approved counsel for renewed admission, personal contact information for each represented client must be provided on Addendum A. In accordance with Local Rule 12.3(a), this form must be completed and returned within 14 calendar days of receipt of the docketing notice.

Each lead counsel of record or individual appearing *pro se* must complete this form. Any attorney acting as a substitution or amicus counsel or any attorney other than lead counsel of record wishing to enter the case must file a separate notice of appearance using the Notice of Appearance for Substitution, Additional, or Amicus Counsel form provided on the Court's website.

Counsel of record must be admitted to the bar of this Court or be otherwise eligible to argue an appeal. The Court requires <u>written</u> *pro hac vice* motions filed before filing the notice of appearance. Admission *pro hac vice* will be extended as a matter of course to a member of the bar of a district court within the circuit who has represented a criminal defendant at trial and continues representation on an appeal taken pursuant to the Criminal Justice Act. *See* Local Rule 46.1(d)(1). Counsel, however, are encouraged to apply for general admission to this Court as soon as they meet the qualifications.

An attorney or pro se party who does not immediately notify the Court when contact information changes will not receive notices, documents and orders filed in the case. An attorney and any pro se party who is permitted to file document electronically in CM/ECF must notify the Court of a change to the user's mailing address, business address, telephone number, or e-mail. Notification is made by accessing PACER's Manage My Account, https://pacer.psc.uscourts.gov/pscof/login.jsf. The Court's records will update with 1 business day of a user entering the change in PACER. In addition, if the Filing User has an open case, letter notification of the change must be sent to the Court, directly to the open case.

A pro se party who is not permitted to file documents electronically must notify the Court of a change in mailing address or telephone number by filing a letter with the Clerk of Court.

For information concerning attorney admissions and renewals, visit the Court's website at www.ca2.uscourts.gov or contact Admissions in the Clerk's Office at 212-857-8603 or 212-857-8640.

Revised August 2016

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Universitas Education, LLC v. Benistar, et al.     Docket No.: 23-1207

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeff Sandberg, Esq. / Palmer LEhman Sandberg, PLLC

Appearance for (party/designation): Alliance Charitable Trust, Phoenix Charitable Trust, Atlantic Charitable Trust, Avon Charitable Trust and Carpenter Charitable Trust

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.  Please change the following parties' designations:
     Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Jeffrey R. Sandberg
Firm: Palmer Lehman Sandberg, PLLC
Address: 8350 N. Central Expressway Suite 1111, Dallas TX 75206
Telephone: 214-242-6444     Fax: 214-265-1950
Email: jsandberg@pamlaw.com

### RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.  The short title, docket number, and citation are: Universitas Education, LLC v. Benistar et al, 22-830; 2022 U.S. App. LEXIS 29900, (2022) (FRAP 42 Stipulation with Prejudice)
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Jeffrey R. Sandberg
Type or Print Name: Jeffrey R. Sandberg
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Universitas Education, LLC v. Benistar, et al.         Docket Number: _____

**Personal Contact Information:**

Client 1:

Name: _____
Address: _____
Telephone: _____         Fax: _____
Email: _____

Client 2:

Name: _____
Address: _____
Telephone: _____         Fax: _____
Email: _____

Client 3:

Name: _____
Address: _____
Telephone: _____         Fax: _____
Email: _____

Client 4:

Name: _____
Address: _____
Telephone: _____         Fax: _____
Email: _____

Client 5:

Name: _____
Address: _____
Telephone: _____         Fax: _____
Email: _____