

Michael R. McPherson
860.241.4079
mcpherson@halloransage.com

December 19, 2023

**Via CM/ECF only**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Universitas Education, LLC v. Benistar, et al.***
**Docket No. 23-1207**

Dear Attorney Wolfe:

I represent the following defendants in the above-referenced appeal: Molly Carpenter, Donald Trudeau, Caroline Meckel, Steven Meckel, Benistar Admin Services, Inc., TPG Group, Inc., and Moonstone Partners, LLC. All are listed as defendant-appellees in the case caption.

On December 14, 2023, I filed my clients' responsive brief to the plaintiff-appellant's brief; however, I did not include Caroline Meckel, Steven Meckel or Moonstone Partners, LLC as filing parties because the plaintiff indicated in its brief that it is not appealing the district court's orders dismissing its claims against the Meckels and Moonstone Partners, LLC.

Thus, per our case manager's request, I write to clarify that Caroline Meckel, Steven Meckel and Moonstone Partners, LLC are defendants, but are not appellees in this appeal.

I apologize for any confusion.

Very Truly Yours,

*/s/ Michael R. McPherson*
Michael R. McPherson (ct24082)
mcpherson@halloransage.com
Halloran Sage, LLP
225 Asylum Street
Hartford, CT 06103

8950042v.1

Halloran & Sage LLP | One Goodwin Square | 225 Asylum Street | Hartford, CT 06103 | 860.522.6103 | Fax 860.548.0006 | halloransage.com

Hartford | Danbury | Middletown | New Haven | New London | Westport | Washington, D.C.