**JONATHAN J. EINHORN**
Attorney and Counselor At Law
129 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510
(203) 777-3777
Facsimile (203) 782-1721
einhornlawoffice@gmail.com

December 20, 2023

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York 10007

**Re:** **Universitas Education, LLC vs. Benistar, et al**
<u>**USCA No. 23-1207**</u>

Dear Ms. Wolfe:

I represent Carpenter Financial Group, Inc in the above appeal as well as Greyhound Partners, LLC, 1&3 Mill Pond Partners, LLC, Seir Hill Partners, LLC and Birch Hill Partners, LLC.

Please note that all five (5) of the above Appellees join in the brief already filed at docket entry number 54.

Sincerely yours,

JONATHAN J. EINHORN

JJE:gab