## CORPORATE DISCLOSURE STATEMENT

Carpenter Financial Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.