# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Universitas Education, LLC v. Benistar, et al.**  Docket No.: **23-1207**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Thomas A. Plotkin**

Firm: **Halloran & Sage, LLP**

Address: **225 Asylum Street, Hartford, CT 06103**

Telephone: **860-241-4030**  Fax: **860-548-0006**

E-mail: **plotkin@halloransage.com**

Appearance for: **Molly Carpenter, Donald Trudeau, Benistar Admin Services, Inc., TPG Group, Inc., Moonstone Partners, LLC, Caroline Meckel and Steven Meckel / Defendants-Appellees**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: **Michael R. McPherson / Halloran & Sage, LLP** )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on **01/22/2024**.

Signature of Counsel: **/s/ ct27917**

Type or Print Name: **Thomas A. Plotkin**